MARCH 13, 1986

No. 85–1361.   UNITED GAS PIPE LINE CO. *v.* CITY OF NEW ORLEANS ET AL.   Sup. Ct. La.   Certiorari dismissed under this Court's Rule 53.

MARCH 18, 1986

No. A–710 (85–6545).   JAMES *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   Sup. Ct. Fla. Application for stay of execution of sentence of death scheduled for Wednesday, March 19, 1986, presented to JUSTICE POWELL, and by him referred to the Court, is granted until April 7, 1986, or until the disposition by this Court of the petition for writ of certiorari, whichever is earlier, unless otherwise extended by the Court.   THE CHIEF JUSTICE, JUSTICE WHITE, JUSTICE REHNQUIST, and JUSTICE O'CONNOR would deny the application for stay.